IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CONNIE GIBBS, Individually and On Behalf of All Others Similarly Situated,** )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| ) | **CIVIL NO. 04-738-GPM** |
| **vs.** )<br>) | |
| **JACK IN THE BOX, INC.,** )<br>) | |
| **Defendant.** ) | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This matter came before the Court on a motion by Plaintiff to voluntarily dismiss.  *Doc. 10.*  A decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of October 25, 2004, this action is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall bear their own costs.

**DATED**: 10/25/04

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE